The court desiring further argument makes a peremptory assignment of this case for hearing to October 7, 1969. The parties may file additional briefs and in so doing shall comply with Rule No. 15. They shall limit their briefs and arguments to a consideration of the following question:

> Does §6A-2-725 of the Uniform Commercial Code impliedly repeal G. L. 1956, §9-1-14 in cases involving actions for breach of warranty resulting in injuries to the person?

Additionally, the court desires a statement as to who purchased the motor vehicle involved in this case. *Mildred W. Tracey, Frank J. McGee,* for plaintiffs. *Carroll, Kelly & Murphy, Joseph A. Kelly,* for defendants.

### July 17, 1969.

M. P. No. 698. LAURENCE McCARTER *v.* HAROLD V. LANGLOIS. Petition for writ of habeas corpus denied. See *Bishop v. Langlois,* M. P. No. 554, 106 R. I. 56, 256 A. 2d 20. *Moses Kando,* Assistant Public Defender, for petitioner. *Herbert F. DeSimone,* Attorney General, *William A. Dimitri, Jr.,* Asst. Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

### July 18, 1969.

M. P. No. 761. LAURENCE McCARTER *v.* HAROLD V. LANGLOIS, *Warden.* Petition for writ of habeas corpus denied without prejudice to right of petitioner to renew petition with records necessary to support it. *Moses Kando,* Assistant Public Defender, for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 774. LUCILLE AURORE RHEAUME *v.* DONALD HUGH RHEAUME. Motion for leave to file petition for writ of certiorari granted, writ to issue forthwith. Order granting stay in Family Court entered June 24, 1969 continued in effect until